# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0082. KROGER STORES, INC. v. LENARD K. WILLIAMS.**

On October 31, 2022, Kroger Stores, Inc., the Defendant in the above styled case, filed an application for interlocutory appeal of the trial court's order denying its motion for summary judgment. Upon consideration of the application by the judicial panel, the application was to be denied. Due to an internal error, however, an order was issued on November 28, 2022 granting the application for interlocutory appeal. Because the November 28, 2022 order was issued in error, we vacate the November 28, 2022 order, and we hereby deny Kroger Stores, Inc.'s application for interlocutory appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  11/29/2022*
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*